IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| GEORGIACARRY.ORG, INC. <br> And BRIAN BARRS, <br> <br> Plaintiffs <br> <br> v. <br> <br> <br> THE U.S. ARMY CORPS OF <br> ENGINEERS, <br> And <br> THOMAS J. TICKNER, in his <br> Official Capacity as Commander, <br> Savannah District of the US Army <br> Corps of Engineers, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION FILE NO. <br> <br> _____ |

**CERTIFICATE OF INTERESTED PARTIES**
S.D. Ga. LR 7.1.1

The undersigned, counsel of record for Plaintiff, certifies that the following is a full and complete list of the parties in this action:

Barrs, Brian, Plaintiff

GeorgiaCarry.Org, Inc., Plaintiff ("GCO")

Tickner, Thomas J., Defendant

The U.S. Army Corps of Engineers, Defendant

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

Camp, James, Director, GCO

Henry, Jerry, Executive Director, GCO

Kennett, Kelly, President and Director, GCO

Knighten, Matt, Secretary and Director, GCO

Mallis, Dean, Director, GCO

Monroe, John, Vice President and Director, GCO

Parker, Timothy, Director and Treasurer, GCO

Stone, Edward, Director, GCO

Turney, Charles, Director, GCO

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or similar relationship):

      none

\_\_\_/s/ John R. Monroe_____
John R. Monroe
Attorney at Law
9640 Coleman Road
Roswell, GA 30075
Telephone: (678) 362-7650
Facsimile: (770) 552-9318
jrm@johnmonroelaw.com

ATTORNEY FOR PLAINTIFFS