IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GEORGIACARRY.ORG, INC. ) | |
| and BRIAN BARRS ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. CVl14-178 |
| ) | |
| U.S. ARMY CORPS OF ENGINEERS, ) | |
| and ) | |
| THOMAS J. TICKNER, in his ) | |
| Official Capacity as Commander, ) | |
| Savannah District of the US Army ) | |
| Corps of Engineers, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

COMES NOW, the federal defendants, by and through the United States Attorney for the Southern District of Georgia and the undersigned Assistant United States Attorney, and hereby gives notice that the undersigned counsel will serve as counsel in representing Defendants in this matter, and that all notices and correspondence should be furnished to the undersigned.

                                                  Respectfully submitted,

                                                  EDWARD J. TARVER
                                                  UNITED STATES ATTORNEY

                                                  s/ Edgar D. Bueno
                                                  Assistant United States Attorney
                                                  Virginia Bar No. 41307

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 652-4422
edgar.bueno@usdoj.gov

Dated:  September 17, 2014

**CERTIFICATE OF SERVICE**

This is to certify that I have on September 17, 2014, served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

     s/ Edgar D. Bueno_____
Assistant United States Attorney
Southern District of Georgia