# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| GEORGIACARRY.ORG, INC., and BRIAN BARRS, ) ) ) Plaintiffs, ) ) v. ) ) U.S. ARMY CORPS OF ENGINEERS and THOMAS J. TICKNER, in his official capacity as Commander, Savannah District, U.S. Army Corps of Engineers, ) ) ) ) ) ) ) Defendants. ) | CIVIL ACTION FILE NO.<br><br>1:14-CV-00178-JRH-BKE |

## APPEARANCE OF COUNSEL

The Clerk of Court is respectfully requested to enter the appearance of Daniel Riess, Trial Attorney, United States Department of Justice, in the above-captioned action as counsel for Defendants.

Pursuant to Local Rule 83.4(c), Mr. Riess hereby certifies that he is a member of the bar for the United States District Court for the District of Columbia, and has read and is familiar with this Court's local rules. Defense of this case will be conducted with Assistant United States Attorney Edgar D. Bueno, who will participate in any hearings or trials, and review and sign pleadings.

Dated: November 4, 2014

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General


  /s/ Daniel Riess
DIANE KELLEHER
Assistant Branch Director
DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
U.S. Department of Justice
Civil Division, Rm. 6122
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov

EDWARD J. TARVER
United States Attorney

  /s/ Edgar D. Bueno
EDGAR D. BUENO
Assistant United States Attorney
Virginia Bar No. 41307
22 Barnard Street, Suite 300
Savannah, Georgia 31401
(912) 652-4422
Edgar.Bueno@usdoj.gov

*Attorneys for Defendants*

Case 4:15-cv-00009-HLM   Document 6   Filed 11/04/14   Page 3 of 3

3

## CERTIFICATE OF SERVICE

I certify that, on November 4, 2014, I electronically filed the within and foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the parties' attorneys of record.

This 4th day of November, 2014.

        /s/ Daniel Riess
        Daniel Riess