IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| GEORGIACARRY.ORG, INC., and BRIAN BARRS, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO. |
| v. | ) ) | 1:14-CV-00178-JRH-BKE |
| U.S. ARMY CORPS OF ENGINEERS and THOMAS J. TICKNER, in his official capacity as Commander, Savannah District U.S. Army Corps of Engineers, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO TRANSFER CASE**

Pursuant to the first-filed rule, Defendants U.S. Army Corps of Engineers and Thomas J. Tickner, in his official capacity, respectfully move this Court to transfer this case to the United States District Court for the Northern District of Georgia.  In the alternative, Defendants respectfully move this Court to transfer venue in this case to the Northern District of Georgia pursuant to 28 U.S.C § 1404.

In accordance with Local Civil Rule 7.1, this motion is accompanied by a memorandum of law which cites supporting authority, and a proposed order.  Counsel for Plaintiffs has informed counsel for Defendants that Plaintiffs oppose this motion.

Dated:  November 7, 2014

                                                       Respectfully submitted,

                                                       JOYCE R. BRANDA
                                                     Acting Assistant Attorney General

         /s/ Daniel Riess
        DIANE KELLEHER
        Assistant Branch Director
        DANIEL RIESS (Texas Bar No. 24037359)
        Trial Attorney
        U.S. Department of Justice
        Civil Division, Rm. 6122
        20 Massachusetts Avenue, NW
        Washington, D.C. 20530
        Telephone: (202) 353-3098
        Fax: (202) 616-8460
        Email: Daniel.Riess@usdoj.gov

        EDWARD J. TARVER
        United States Attorney

         /s/ Edgar D. Bueno
        EDGAR D. BUENO
        Assistant United States Attorney
        Virginia Bar No. 41307
        22 Barnard Street, Suite 300
        Savannah, Georgia 31401
        (912) 652-4422
        Edgar.Bueno@usdoj.gov

        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that, on November 7, 2014, I electronically filed the within and foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the parties' attorneys of record.

This 7th day of November, 2014.

         /s/ Daniel Riess
        Daniel Riess

2