# EXHIBIT
# 2

# Local

Posted: 2 days ago

# Group files lawsuit to permit guns at federally operated lakes



A gun rights group filed a second lawsuit against the U.S. Corps of Engineers' policy prohibiting guns.

By Rachel Stockman

ATLANTA —

A gun rights group filed a second lawsuit against the U.S. Corps of Engineers' policy that prohibits guns.

It was filed in the Southern District of Georgia District Court.

"I want to be able to protect myself and my family when I go camping just like I would anywhere else in the other campground," said David James, who lives in Acworth. James also filed a lawsuit against the U.S. Army Corps of Engineers, after he was denied permission to bring his loaded gun onto Allatoona Lake property.

"I have discerned not to exercise my discretion under 36 C.F.R. § 327.13(a)(4) to grant you permission to possess a loaded firearm while visiting Lake Allatoona," wrote Col. Jon Chytka, commander, Mobile District, U.S. Army Corps of Engineers, in a June email.

Loaded firearms are prohibited in all Corps-controlled areas like Allatoona and Lake Lanier, unless an expectation is granted.

"We have the Second Amendment that says we can protect ourselves with a gun," James said.

A Northern District judge denied James' request for an injunction. In a brief the U.S. Department of Justice argued, "The Corps has an important interest in protecting the safety of critical infrastructure located on its lands, such as the Allatoona Dam."

"We are hoping to have the courts declare the regulation unconstitutional," said John Monroe, who is representing the plaintiffs and Georgiacarry.org, suing the government in both cases.

"It doesn't make sense to me to say that all of these thousands and thousands of acres are sensitive yet they provide no security themselves," James said.

James is planning to appeal the judge's decision in the United States Court of Appeals for the Eleventh Circuit.

Contests»