

Home

## GEORGIACARRY.ORG, INC. Control Number: 07010121

**Main**      **Reports**      **Officers**      **Filing History**

### Entity Info

**Entity Id**      2189701

### Key Indicators

**Model Type**      Corporation
**Locale**      Domestic
**Qualifier**      Non-Profit
**Business Name**      GEORGIACARRY.ORG, INC.
**Registration Date**      2/02/2007
**Entity Status**      Active/Owes Current Year AR
**Entity Status Date**      2/07/2014
**Foreign Name**
**Date of Organization**
**State**      Georgia
**Country**

### Principal Office Address

PRINCIPAL
**Line1**      P.O. Box 142 924
**Line2**

**City**   Fayetteville   **State**   Georgia   **Zip**   30214

### Agent

**Is non-commercial Registered Agent?**      Yes
**Name**      Parker, Tim

### Address

**Line1**      2049 Ector Overlook NW
**Line2**

**City**   Kennesaw   **State**   Georgia   **Zip**   30152

**Email**

### Previous Names

| Name Changed From | Name Changed To | Surviving Entity Id | Cancelled Entity Id | Effective Date | Due Date | File Number | Actions |
|---|---|---|---|---|---|---|---|
| No Miscellaneous Filings were found. | | | | | | | |

Return to Home

 

Home

### GEORGIACARRY.ORG, INC. Control Number: 07010121

**Main**    **Reports**    Officers    **Filing History**

**Officers**

| Name | Address | Executing Officer | File Number | Actions |
|---|---|---|---|---|
| Kennett, Kelly | P.O. Box 142924<br>Fayetteville, GA 30214 | Is Executing Officer?: Yes<br>Executing Officer Type: CEO | 07010121 | View |
| Knighten, Matt | P.O. Box 142924<br>Fayetteville, GA 30214 | Is Executing Officer?: Yes<br>Executing Officer Type: Secretary | 07010121 | View |
| Parker, Tim | P.O. Box 142924<br>Fayetteville, GA 30214 | Is Executing Officer?: Yes<br>Executing Officer Type: CFO | 07010121 | View |

1 to 3 of 3 rows    15 ∨

**Return to Home**