**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| GEORGIACARRY.ORG, INC., and BRIAN BARRS, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO. |
| v. | ) ) | 1:14-CV-00178-JRH-BKE |
| U.S. ARMY CORPS OF ENGINEERS and THOMAS J. TICKNER, in his official capacity as Commander, Savannah District U.S. Army Corps of Engineers, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

Having read and considered the Defendants' Motion to Transfer Case, any responses and replies thereto, and the applicable law in this case, it is hereby ORDERED that the Defendants' motion is GRANTED.  It is further ORDERED that this case be TRANSFERRED to the United States District Court for the Northern District of Georgia.

So ordered this ____ day of _____, 2014.

_____
J. Randal Hall
United States District Judge