IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| GEORGIACARRY.ORG, INC., and BRIAN BARRS, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO. |
| v. | ) ) | 1:14-CV-00178-JRH-BKE |
| U.S. ARMY CORPS OF ENGINEERS and THOMAS J. TICKNER, in his official capacity as Commander, Savannah District U.S. Army Corps of Engineers, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR AN EXTENSION OF
TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), Defendants move for an order for an extension of time to respond to Plaintiffs' complaint [ECF No. 1] until 7 days after the Court has ruled on Defendants' motion to transfer [ECF No. 7]. In accordance with Local Civil Rule 7.1, this motion is accompanied by a memorandum of law which cites supporting authority, and a proposed order. Counsel for Plaintiffs has informed counsel for Defendants that Plaintiffs oppose this motion.

Dated:  November 7, 2014                     Respectfully submitted,

                                             JOYCE R. BRANDA
                                             Acting Assistant Attorney General


                                              /s/ Daniel Riess
                                             DIANE KELLEHER
                                             Assistant Branch Director

1

DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
U.S. Department of Justice
Civil Division, Rm. 6122
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov

EDWARD J. TARVER
United States Attorney

  /s/ Edgar D. Bueno
EDGAR D. BUENO
Assistant United States Attorney
Virginia Bar No. 41307
22 Barnard Street, Suite 300
Savannah, Georgia 31401
(912) 652-4422
Edgar.Bueno@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that, on November 7, 2014, I electronically filed the within and foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the parties' attorneys of record.

This 7th day of November, 2014.

  /s/ Daniel Riess
Daniel Riess