IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| GEORGIACARRY.ORG, INC., and BRIAN BARRS, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO. |
| v. | ) ) | 1:14-CV-00178-JRH-BKE |
| U.S. ARMY CORPS OF ENGINEERS and THOMAS J. TICKNER, in his official capacity as Commander, Savannah District U.S. Army Corps of Engineers, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**MEMORANDUM SUPPORTING DEFENDANTS' MOTION FOR AN
EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants submit this memorandum in support of their motion for an extension of time to respond to Plaintiffs' complaint [ECF No. 1] until 7 days after the Court rules on Defendants' motion to transfer this case to the U.S. District Court for the Northern District of Georgia [ECF No. 7]. In support of this motion, Defendants state as follows:

1. Defendants plan to respond to Plaintiffs' complaint by filing a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). However, if the Court grants Defendants' motion to transfer, it will be unnecessary for the Court to address Defendants' proposed motion to dismiss.

2. Undersigned counsel states that he contacted counsel for Plaintiffs, and that counsel for Plaintiffs stated that Plaintiffs intend to oppose this motion.

3. The extension will not unduly delay this action.

1

Accordingly, Defendants respectfully request that their deadline for responding to Plaintiffs' complaint be extended until 7 days after the Court rules on Defendants' motion to transfer. A proposed order is attached for the Court's convenience.

Dated:  November 7, 2014						Respectfully submitted,

								JOYCE R. BRANDA
								Acting Assistant Attorney General


								  /s/ Daniel Riess
								DIANE KELLEHER
								Assistant Branch Director
								DANIEL RIESS (Texas Bar No. 24037359)
								Trial Attorney
								U.S. Department of Justice
								Civil Division, Rm. 6122
								20 Massachusetts Avenue, NW
								Washington, D.C. 20530
								Telephone: (202) 353-3098
								Fax: (202) 616-8460
								Email: Daniel.Riess@usdoj.gov


								EDWARD J. TARVER
								United States Attorney

								  /s/ Edgar D. Bueno
								EDGAR D. BUENO
								Assistant United States Attorney
								Virginia Bar No. 41307
								22 Barnard Street, Suite 300
								Savannah, Georgia 31401
								(912) 652-4422
								Edgar.Bueno@usdoj.gov

								*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that, on November 7, 2014, I electronically filed the within and foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the parties' attorneys of record.

This 7th day of November, 2014.

                                                    /s/ Daniel Riess
                                                    Daniel Riess