# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| GEORGIACARRY.ORG, INC., and BRIAN BARRS, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO. |
| v. | ) ) | 1:14-CV-00178-JRH-BKE |
| U.S. ARMY CORPS OF ENGINEERS and THOMAS J. TICKNER, in his official capacity as Commander, Savannah District U.S. Army Corps of Engineers, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Having read and considered the Defendants' Motion for Extension of Time to Respond to Plaintiffs' Complaint, and for good cause shown, it is hereby ORDERED that the Defendants shall be granted an extension of time to file their response, including any and all supporting documents related thereto, until seven (7) days after the Court rules on Defendants' motion to transfer this case to the U.S. District Court for the Northern District of Georgia.

So ordered this ____ day of _____, 2014.

_____
J. Randal Hall
United States District Judge