# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| GEORGIACARRY.ORG, INC. ) <br> And BRIAN BARRS, ) <br>  ) <br> Plaintiffs ) <br>  ) <br> v. ) <br>  ) <br>  ) <br> THE U.S. ARMY CORPS OF ) <br> ENGINEERS, ) <br> And ) <br> THOMAS J. TICKNER, in his ) <br> Official Capacity as Commander, ) <br> Savannah District of the US Army ) <br> Corps of Engineers, ) <br>  ) <br> Defendants. ) | CIVIL ACTION FILE NO. <br><br> 1:14-CV-00178-JRH-BKE |

### **AFFIDAVIT OF SERVICE ON DEFENDANT THOMAS J. TICKNER**

I swear under penalty of perjury that I served a summons and complaint on Defendant Thomas J. Tickner on September 5, 2014 by mailing a copy of them certified mail to:

The Attorney General of the United States
950 Pennsylvania Ave., NW
Washington, DC  29530

Civil Process Clerk
United States Attorney's Office
75 Spring Street, SW
Atlanta, GA  30303

Thomas J. Tickner
District Commander
100 W. Oglethorpe Ave
Savannah, GA  31401

                                    JOHN R. MONROE,


                         ___/s/ John R. Monroe_____
                         John R. Monroe
                         Attorney at Law
                         9640 Coleman Road
                         Roswell, GA 30075
                         Telephone: (678) 362-7650
                         Facsimile: (770) 552-9318
                         jrm@johnmonroelaw.com
                         Georgia Bar No. 516193

           ATTORNEY FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

    I certify that on November 7, 2014, I served a copy of the foregoing via the ECF system on counsel of record

                                       /s/ John R. Monroe

                                     John R. Monroe