# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| GEORGIACARRY.ORG, INC. ) | |
| And BRIAN BARRS, ) | |
| ) | |
| Plaintiffs ) | CIVIL ACTION FILE NO. |
| ) | |
| v. ) | 1:14-CV-00178-JRH-BKE |
| ) | |
| ) | |
| THE U.S. ARMY CORPS OF ) | |
| ENGINEERS, ) | |
| And ) | |
| THOMAS J. TICKNER, in his ) | |
| Official Capacity as Commander, ) | |
| Savannah District of the US Army ) | |
| Corps of Engineers, ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF SERVICE ON DEFENDANT U.S. ARMY CORPS OF ENGINEERS

I swear under penalty of perjury that I served a summons and complaint on Defendant U.S. Army Corps of Engineers on September 10, 2014 by mailing a copy of them certified mail to:

The Attorney General of the United States
950 Pennsylvania Ave., NW
Washington, DC  29530

Civil Process Clerk
United States Attorney's Office
75 Spring Street, SW
Atlanta, GA  30303

U.S. Army Corps of Engineers
441 G St NW
Washington, DC 20226-0007

        JOHN R. MONROE,


       ___/s/ John R. Monroe_____
       John R. Monroe
       Attorney at Law
       9640 Coleman Road
       Roswell, GA 30075
       Telephone: (678) 362-7650
       Facsimile: (770) 552-9318
       jrm@johnmonroelaw.com
       Georgia Bar No. 516193

   ATTORNEY FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

    I certify that on November 7, 2014, I served a copy of the foregoing via the ECF system on counsel of record

                                            /s/ John R. Monroe

                                        John R. Monroe