# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| GEORGIACARRY.ORG, INC. | ) | |
| And DAVID JAMES, | ) | |
| | ) | |
| Plaintiffs | ) | CIVIL ACTION FILE NO. |
| | ) | |
| v. | ) | 4:14-CV-139-HLM |
| | ) | |
| | ) | |
| THE U.S. ARMY CORPS OF | ) | |
| ENGINEERS, | ) | |
| And | ) | |
| JON J. CHYTKA, in his official | ) | |
| Capacity as Commander, Mobile | ) | |
| District of the US Army Corps of | ) | |
| Engineers, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR STAY OF FURTHER PROCEEDINGS IN THIS COURT PENDING DISPOSITION OF APPEAL**

On August 20, 2014, Plaintiffs filed a notice of appeal [Doc. 20] from this Court's order [Doc. 19] denying Plaintiffs' Motion for Preliminary Injunction. On August 22, 2014, Defendants filed a Motion to Dismiss [Doc. 25]. The Motion to Dismiss raises some of the issues that are on appeal at the 11th Circuit. In an effort to conserve both judicial resources and the Parties' resources, Plaintiffs therefore

move for an order to stay consideration of the Motion to Dismiss and all other proceedings in this Court until the Court of Appeals disposes of the pending appeal.

Plaintiffs' counsel has consulted with Defendants' counsel, who has indicated that Defendants will not oppose this Motion.

JOHN R. MONROE,

___/s/ John R. Monroe_____
John R. Monroe
Attorney at Law
9640 Coleman Road
Roswell, GA 30075
Telephone: (678) 362-7650
Facsimile: (770) 552-9318
jrm@johnmonroelaw.com
Georgia Bar No. 516193

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on August 26, 2014, I filed the foregoing via ECF, which automatically will send a copy via email to:

Lori Baranek
Lori.baranek@usdoj.gov

Daniel Riess
Daniel.riess@usdoj.gov


              /s/ John R. Monroe
              John R. Monroe

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| GEORGIACARRY.ORG, INC. )<br>And DAVID JAMES, )<br> )<br>    Plaintiffs )<br> )<br>v. )<br> )<br> )<br>THE U.S. ARMY CORPS OF )<br>ENGINEERS, )<br>And )<br>JON J. CHYTKA, in his official )<br>Capacity as Commander, Mobile )<br>District of the US Army Corps of )<br>Engineers, )<br> )<br>    Defendants. ) | CIVIL ACTION FILE NO.<br><br>4:14-CV-139-HLM |

**ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO STAY**

    Before the Court is Plaintiffs' Unopposed Motion to stay further proceedings in this Court pending disposition of Plaintiffs' appeal currently pending in the Court of Appeals.  Plaintiffs have indicated Defendants do not object to this Motion, and the Court finds the Motion otherwise supported by good cause.  Plaintiffs' Motion is therefore GRANTED.  Consideration of Defendants' pending Motion to Dismiss,

-1-

and all other proceedings in this Court are hereby stayed pending the Court of Appeals' disposition of Plaintiffs' present appeal.

Dated the ___ day of August, 2014

                                      BY THE COURT:

                                      _____
                                      Harold L. Murphy
                                      U.S. District Court Judge