IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GEORGIACARRY.ORG, INC., and BRIAN BARRS, | ) ) ) |
| Plaintiffs, | ) CIVIL ACTION FILE NO. ) |
| v. | ) 1:14-CV-00178-JRH-BKE ) |
| U.S. ARMY CORPS OF ENGINEERS and THOMAS J. TICKNER, in his official capacity as Commander, Savannah District U.S. Army Corps of Engineers, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**NOTICE OF INTENT TO FILE REPLY BRIEF IN SUPPORT
OF DEFENDANTS' MOTION TO TRANSFER CASE**

Defendants, by and through the undersigned counsel, and pursuant to Local Rule 7.6, hereby notify the Court that Defendants intend to file a reply brief in support of Defendants' motion to transfer case [ECF No. 7] on or before December 11, 2014.

Dated:  November 24, 2014

                                                      Respectfully submitted,

                                                      JOYCE R. BRANDA
                                                      Acting Assistant Attorney General


                                                        /s/ Daniel Riess
                                                      DIANE KELLEHER
                                                      Assistant Branch Director
                                                      DANIEL RIESS (Texas Bar No. 24037359)
                                                      Trial Attorney
                                                      U.S. Department of Justice
                                                      Civil Division, Rm. 6122
                                                      20 Massachusetts Avenue, NW

Washington, D.C. 20530
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov

EDWARD J. TARVER
United States Attorney

  /s/ Edgar D. Bueno
EDGAR D. BUENO
Assistant United States Attorney
Virginia Bar No. 41307
22 Barnard Street, Suite 300
Savannah, Georgia 31401
(912) 652-4422
Edgar.Bueno@usdoj.gov

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I certify that, on November 24, 2014, I electronically filed the within and foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the parties' attorneys of record.

This 24th day of November, 2014.

  /s/ Daniel Riess
Daniel Riess