# U.S. District Court
# Southern District of Georgia (Augusta)
# CIVIL DOCKET FOR CASE #: 1:14–cv–00178–JRH–BKE

GeorgiaCarry.Org, Inc. et al v. The U.S. Army Corps of Engineers et al
Assigned to: Judge J. Randal Hall
Referred to: Magistrate Judge Brian K. Epps
Cause: 28:1331 Fed. Question: Civil Rights Violation

Date Filed: 09/04/2014
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**GeorgiaCarry.Org, Inc.**　　represented by　**John R. Monroe**
John R. Monroe, Attorney at Law
9640 Coleman Road
Roswell, GA 30075
678–362–7650
Fax: 770–552–9318
Email: jrm@johnmonroelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Barrs**　　represented by　**John R. Monroe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The U.S. Army Corps of Engineers**　　represented by　**Daniel Riess**
U.S. Dept. of Justice
Civil Division
20 Massachusetts Ave., NW
Washington, DC 20530
202–353–3098
Fax: 202–616–8460
Email: Daniel.Riess@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edgar Bueno**
U.S. Attorney's Office – Savannah
P.O. Box 8970
Savannah, GA 31412
912–652–4422
Fax: 912–652–4388
Email: edgar.bueno@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas J. Tickner**
*in his Official Capacity as Commander, Savannah District of the US Army Corps of Engineers*

represented by **Daniel Riess**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edgar Bueno**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/04/2014 | Ï 1 | COMPLAINT against The U.S. Army Corps of Engineers, Thomas J. Tickner, filed by GeorgiaCarry.Org, Inc., Brian Barrs.(thb) (Additional attachment(s) added on 9/4/2014: # 1 Civil Cover Sheet) (thb). (Entered: 09/04/2014) |
| 09/04/2014 | Ï 2 | Disclosure Statement pursuant to Local Rule 7.1.1 by Brian Barrs, GeorgiaCarry.Org, Inc. (thb) (Entered: 09/04/2014) |
| 09/04/2014 | Ï | Filing fee: $ 400.00, receipt number 113J–1660169. (thb) (Entered: 09/04/2014) |
| 09/04/2014 | Ï 3 | Summons Issued as to The U.S. Army Corps of Engineers, Thomas J. Tickner, U.S. Attorney and U.S. Attorney General (thb) (Additional attachment(s) added on 9/5/2014: # 1 Summons for Thomas Tickner) (thb). (Entered: 09/04/2014) |
| 09/04/2014 | Ï 4 | RULE 26 INSTRUCTION ORDER. Signed by Magistrate Judge Brian K. Epps on 09/04/2014. (Attachments: # 1 Blank Forms for New Civil Case Filings) (thb) (Entered: 09/04/2014) |
| 09/04/2014 | Ï | Set/Reset Deadlines: Litigants' Bill of Rights due by 9/18/2014. (thb) (Entered: 09/04/2014) |
| 09/17/2014 | Ï 5 | NOTICE of Appearance by Edgar Bueno on behalf of All Defendants (Bueno, Edgar) (Entered: 09/17/2014) |
| 11/04/2014 | Ï 6 | NOTICE of Appearance by Daniel Riess on behalf of All Defendants (Riess, Daniel) (Entered: 11/04/2014) |
| 11/07/2014 | Ï 7 | MOTION to Change Venue by The U.S. Army Corps of Engineers, Thomas J. Tickner. Responses due by 11/24/2014. (Attachments: # 1 Briefs, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Text of Proposed Order)(Riess, Daniel) (Entered: 11/07/2014) |
| 11/07/2014 | Ï 8 | MOTION for Extension of Time to File Answer by The U.S. Army Corps of Engineers, Thomas J. Tickner. Responses due by 11/24/2014. (Attachments: # 1 Briefs, # 2 Text of Proposed Order)(Riess, Daniel) (Entered: 11/07/2014) |
| 11/07/2014 | Ï 9 | AFFIDAVIT of Service for Summons and Complaint served on Thomas J. Tickner on September 5, 2014, filed by Brian Barrs, GeorgiaCarry.Org, Inc.. (Monroe, John) (Entered: 11/07/2014) |
| 11/07/2014 | Ï 10 | AFFIDAVIT of Service for Summons and Complaint served on U.S. Army Corps of Engineers on September 10, 2014, filed by Brian Barrs, GeorgiaCarry.Org, Inc.. (Monroe, John) (Entered: 11/07/2014) |
| 11/07/2014 | Ï 11 | MOTION for Entry of Default *against Defendant Thomas J. Tickner* by Brian Barrs, GeorgiaCarry.Org, Inc.. Responses due by 11/24/2014. (Monroe, John) (Entered: 11/07/2014) |
| 11/07/2014 | Ï 12 | Brief in Opposition re 8 MOTION for Extension of Time to File Answer filed by Brian Barrs, GeorgiaCarry.Org, Inc.. (Monroe, John) (Entered: 11/07/2014) |
| 11/10/2014 | Ï 13 | NOTICE of Intent *to File Reply Brief* by The U.S. Army Corps of Engineers, Thomas J. Tickner |

| | | |
|---|---|---|
| | | re 8 MOTION for Extension of Time to File Answer . (Riess, Daniel) (Entered: 11/10/2014) |
| 11/10/2014 | 14 | RESPONSE in Opposition re 11 MOTION for Entry of Default *against Defendant Thomas J. Tickner* filed by The U.S. Army Corps of Engineers, Thomas J. Tickner. (Riess, Daniel) (Entered: 11/10/2014) |
| 11/10/2014 | 15 | REPLY to Response to Motion re 8 MOTION for Extension of Time to File Answer filed by The U.S. Army Corps of Engineers, Thomas J. Tickner. (Attachments: # 1 Exhibit 1)(Riess, Daniel) (Entered: 11/10/2014) |
| 11/10/2014 | 16 | REPLY to Response to Motion re 11 MOTION for Entry of Default *against Defendant Thomas J. Tickner* filed by Brian Barrs, GeorgiaCarry.Org, Inc.. (Monroe, John) (Entered: 11/10/2014) |
| 11/11/2014 | 17 | MOTION for Entry of Default *against Defendant U.S. Army Corps of Engineers* by Brian Barrs, GeorgiaCarry.Org, Inc.. Responses due by 11/28/2014. (Monroe, John) (Entered: 11/11/2014) |
| 11/13/2014 | 18 | ORDER granting 8 Motion for Extension of Time to Answer 1 Complaint. Responses are due seven days after the Court issues an order on Defendants' 7 motion to transfer. Signed by Judge J. Randal Hall on 11/13/2014. (thb) (Entered: 11/13/2014) |
| 11/13/2014 | 19 | RESPONSE in Opposition re 17 MOTION for Entry of Default *against Defendant U.S. Army Corps of Engineers* filed by The U.S. Army Corps of Engineers, Thomas J. Tickner. (Riess, Daniel) (Entered: 11/13/2014) |
| 11/24/2014 | 20 | RESPONSE in Opposition re 7 MOTION to Change Venue filed by Brian Barrs, GeorgiaCarry.Org, Inc.. (Monroe, John) (Entered: 11/24/2014) |
| 11/24/2014 | 21 | NOTICE of Intent *to File Reply Brief* by The U.S. Army Corps of Engineers, Thomas J. Tickner re 7 MOTION to Change Venue . (Riess, Daniel) (Entered: 11/24/2014) |
| 12/10/2014 | 22 | REPLY to Response to Motion re 7 MOTION to Change Venue filed by The U.S. Army Corps of Engineers, Thomas J. Tickner. (Riess, Daniel) (Entered: 12/10/2014) |
| 01/14/2015 | 24 | ORDER granting 7 Motion to transfer case. The Clerk is directed to transfer this case to the United States District Court for the Northern District of Georgia, Rome Division. Signed by Judge J. Randal Hall on 01/14/2015. (thb) (Entered: 01/14/2015) |