# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| GEORGIACARRY.ORG, INC., and BRIAN BARRS, | ) ) ) |
| Plaintiffs, | ) CIVIL ACTION FILE NO. ) |
| v. | ) 4:15-cv-00009-HLM ) |
| U.S. ARMY CORPS OF ENGINEERS and THOMAS J. TICKNER, in his official capacity as Commander, Savannah District, U.S. Army Corps of Engineers, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS' MOTION TO CONSOLIDATE CASES

Pursuant to Fed. R. Civ. P. 42, Defendants U.S. Army Corps of Engineers and Thomas J. Tickner, in his official capacity, hereby move this Court to consolidate this case, which was recently transferred to this Court from the U.S. District Court for the Southern District of Georgia, with GeorgiaCarry.Org v. U.S. Army Corps of Engineers, civil action no. 4:14-CV-139-HLM.[1]  In accordance

---

[1] Undersigned counsel states that he contacted counsel for Plaintiffs, but at the time of filing, undersigned counsel had not received a definitive response as to whether Plaintiffs would oppose the relief sought in this motion.

with Local Civil Rule 7.1, this motion is accompanied by a memorandum of law which cites supporting authority.

Dated:  January 28, 2015                    Respectfully submitted,

Of Counsel                                  JOYCE R. BRANDA
                                            Acting Assistant Attorney General

JOHN A. HORN
Acting United States Attorney
LORI BERANEK                                  /s/ Daniel Riess
Assistant United States Attorney            DIANE KELLEHER
600 Richard B. Russell Federal Building     Assistant Branch Director
75 Spring Street, S.W.                      DANIEL RIESS
Atlanta, Georgia 30303                      Trial Attorney
Lori.Beranek@usdoj.gov                      U.S. Department of Justice
                                            Civil Division, Rm. 6122
                                            20 Massachusetts Avenue, NW
                                            Washington, D.C. 20530
                                            Telephone: (202) 353-3098
                                            Fax: (202) 616-8460
                                            Email: Daniel.Riess@usdoj.gov
                                            *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that, on January 28, 2015, I electronically filed the within and foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the parties' attorneys of record.

This 28th day of January, 2015.

    /s/ Daniel Riess
    Daniel Riess